```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :      22cv5501 (DLC)
MARITIME LEGAL AID & ADVOCACY, LTD.,     :
                                         :
                            Plaintiff,   :         ORDER
              -v-                        :
                                         :
U.S. COAST GUARD,                        :
                            Defendant.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An initial pretrial conference was held on November 10, 2022. It is hereby

ORDERED that the parties shall submit a status letter by **December 16, 2022** regarding the status of the defendant's investigation and any outstanding disputes between the parties relating to the production of documents and, if necessary, propose a schedule for any briefing. The letters shall be no longer than two pages. The parties may submit a joint letter or separate letters.

Dated:     New York, New York
           November 10, 2022

                              _____
                                     DENISE COTE
                              United States District Judge